UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CHARLES WALLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:26-CV-283-TAV-JEM |
| | ) | |
| JOHN T. SHOLLY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on October 15, 2026 [Doc. 12]. In the R&R, Judge McCook granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*see* Doc. 9] but given his status as an inmate in the Jefferson County Jail, assessed him the civil filing fee of $350.00 [Doc. 12, pp. 1–2, 6]. After screening the complaint, Judge McCook recommended that the Court dismiss plaintiff's complaint for lack of subject matter jurisdiction [*Id.* at 4–6; *see* Doc. 2]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 12]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**,

and the Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE